IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DANIEL K. CHESTANG,**

                           Petitioner,

         v.

**D.K. SISTO, Warden,**

                        Respondent.

CIV S-07-1173 LKK GGH P

**ORDER**

Respondent has requested a thirty-day extension of time in which to file a response to Petitioner's federal application. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including October 5, 2007, in which to file a response to Petitioner's federal petition for writ of habeas corpus.

Dated: 9/7/07                       /s/ Gregory G. Hollows

                                          _____
                                          GREGORY G. HOLLOWS
                                          MAGISTRATE JUDGE

ches1173.po