1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Petitioner
    ROBERT RAMESES

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  ROBERT RAMESES,                ) NO. Civ. S-04-1173 GEB GGH P
                                   )
12              Petitioner,        ) **UNOPPOSED REQUEST TO EXTEND**
                                   ) **DEADLINE FOR FILING OBJECTIONS TO**
13       v.                        ) **MAGISTRATE JUDGE'S FINDINGS AND**
                                   ) **RECOMMENDATIONS; ORDER**
14  SCOTT KERNAN, Warden,          )
                                   )
15              Respondent.        )
                                   ) Judge:   Hon. Gregory G. Hollows
16  _____ )

17       Pursuant to Local Rule 6-142, Petitioner, ROBERT RAMESES, by and

18  through his counsel, Assistant Federal Defender David M. Porter,

19  hereby requests an extension of 30 days in which to file objections to

20  the findings and recommendations, which are currently due on December

21  20, 2007.

22       This extension is the first extension requested, and it is being

23  sought to enable the undersigned to communicate with Mr. Rameses and

24  because of the undersigned's duties in other cases, which include

25  assisting defendants sentenced under the crack cocaine guidelines in

26  filing motions to reduce their sentences under 18 U.S.C.

27  / / /

28  / / /

1    § 3582(c)(2).*

2         This extension is not interposed to unduly delay the proceedings,

3    to gain unfair advantage, or for any other improper purpose.  The

4    undersigned has contacted respondent's counsel, Deputy Attorney General

5    Justain Paul Riley, who graciously indicated that he has no opposition

6    to the requested extension.  Accordingly, petitioner requests this

7    Court enter the order lodged with this request.

8    Dated:  December 14, 2007

9                                         Respectfully submitted,

10                                        DANIEL J. BRODERICK
                                          Federal Defender

11

12
                                             /s/ *David M. Porter*
13                                        DAVID M. PORTER
                                          Assistant Federal Defender
14
                                          Attorney for Petitioner
15                                        ROBERT RAMESES

16

17                            **O R D E R**

18        Pursuant to the request of petitioner, and good cause appearing

19   therefor, it is hereby ORDERED that the objections to the findings and

20   recommendations may be filed on or before January 22, 2008.  Any reply

21   to the objections shall be served and filed within ten days after

22   service of the objections.

23   DATED: 12/18/07               /s/ Gregory G. Hollows
                                   U.S. Magistrate Judge
24

     rame1173.po
25

26

27        * Although the undersigned sent a copy of the findings and
     recommendations to Mr. Rameses on November 28, 2007, and again on
28   December 3, 2007, he had apparently not received either copy as of
     December 7, 2007.  See CR #56.

                                    2