D. Randall Ensminger SBN 202371
ENSMINGER LAW OFFICES, P.C.
605 G Street
Lincoln, CA 95648
Telephone 916-434-0220
Facsimile 916-434-2530

Attorney for the Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL K. CHESTANG, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> D.K SISTO, Warden, ) <br> ) <br> Respondent, ) <br> ) | Case No.: CIV S-07-1173 LKK GGHP <br><br> ORDER |

    Petitioner has requested until February 29, 2008 within which to file an opposition to Respondent's Motion to Dismiss. GOOD CAUSE APPEARING, Petitioner is granted until February 29, 2008, in which to file an opposition to Respondent's Motion to Dismiss.

Dated: Jan. 31, 2008

GREGORY G. HOLLOWS
MAGISTRATE JUDGE

[Summary of pleading] - 1