```
D. Randall Ensminger SBN 202371
ENSMINGER LAW OFFICES, P.C.
605 G Street
Lincoln, CA 95648
Telephone 916-434-0220
Facsimile 916-434-2530

Attorney for the Petitioner
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL K. CHESTANG,<br><br>           Petitioner,<br><br>vs.<br><br>D.K SISTO, Warden,<br><br>           Respondent, | Case No.: CIV S-07-1173 LKK GGHP<br><br>ORDER |

Petitioner has requested until March 28, 2008 within which to file an Amended Petition for Writ of Habeas Corpus. GOOD CAUSE APPEARING, Petitioner is granted until March 28, 2008, in which to file an Amended Petition for Writ of Habeas Corpus.

Dated: March 12, 2008

GREGORY G. HOLLOWS
MAGISTRATE JUDGE

Certificate of Service
The undersigned hereby certifies that a copy of the foregoing was mailed and faxed to the attorney for Respondent this 28th day of February, 2008.

/S/   D. Randall Ensminger
D. Randall Ensminger