IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL K. CHESTANG,

    Petitioner,               No. CIV S-07-1173 LKK GGH P

   vs.

D.K. SISTO, Warden,

    Respondent.          <u>ORDER</u>

_____/

       Petitioner's counsel seeks a further extension of time to file an amended petition. Although petitioner's counsel's proposed order was filed in .pdf format in the court's electronic filing system, the undersigned never received a proposed order in wordprocessing format via email, pursuant to E. D. Local Rule 5-137(b). The Clerk of the Court has sent counsel notices to send proposed orders via email, and counsel has apparently made an effort to email a proposed order in this instance, but the email attachment did not open in the court's wordperfect program. The undersigned has previously had petitioner's counsel's prior proposed orders scanned, upon their being considered and signed by the court, because either counsel failed to email a proposed order, the proposed order was not emailed properly, or the proposed order was not emailed in a compatible wordprocessing format. Petitioner's counsel is cautioned that in future the court will not consider a request that is not fully in compliance with the local rules.

1
2          Petitioner indicates that respondent does not oppose petitioner's present
3  application.  On this occasion, the court will grant petitioner's March 28, 2008 (# 32) request for
4  a further extension, until April 17, 2008, to file an amended petition.  There will be no further
5  extension of time.
6          IT IS SO ORDERED.
7  DATED: 04/08/08

                                          /s/ Gregory G. Hollows
8                                         _____
                                          GREGORY G. HOLLOWS
9                                         UNITED STATES MAGISTRATE JUDGE

GGH:009
10  ches1173.eot3