IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL K. CHESTANG,

    Petitioner,               No. CIV S-07-1173 LKK GGH P

   vs.

D.K. SISTO, Warden,

    Respondent.          ORDER

_____/

      Petitioner's counsel filed an amended petition on April 17, 2008, and a second amended petition, one day later, on April 18, 2008.  Previously, respondent had filed a motion to dismiss, on October 4, 2007, while petitioner improperly, in this action where he is proceeding with retained counsel, filed his own putative "motion to dismiss judgment" pro se, on January 17, 2008, which will be disregarded.

      In a declaration (# 29)[1] filed in support of petitioner's request for an order allowing the filing of an amended petition, filed February 28, 2008 (# 30), petitioner's counsel warrants that respondent agreed that the filing of an amended petition would render respondent's pending motion to dismiss moot.  Petitioner was granted leave to file an amended petition, and then granted a further extension of time to do so.  See Orders, filed on March 12, 2008 (#31) and

---

[1] The declaration should have contained an electronic signature that appears to be missing.

1

on April 8, 2008 (# 35).

The court will deem the amended petition, filed on April 17, 2008, superseded by the second amended petition, filed on April 18, 2008, and will direct respondent to file a response to the second amended petition within thirty days, as respondent has evidently conceded that the filing of an amended petition would render his pending motion moot.

Accordingly, IT IS ORDERED that:

1. This matter proceeds on the second amended petition, filed on April 18, 2008, superseding the amended petition, filed on April 17, 2008;

2. Respondent's motion to dismiss, filed on October 4, 2007 (# 11), is denied as moot, pursuant to the agreement of the parties and in light of the filing of an amended pleading;

3. Respondent is directed to file a response to the second amended petition within thirty days, after which petitioner will have thirty days to file either an opposition or a reply/traverse, as appropriate; if respondent files a motion, respondent will have thirty days after petitioner's filing of an opposition to file a reply;

4. Petitioner pro se's inappropriate "motion to dismiss judgment," filed on January 17, 2008 (# 23), is disregarded.

DATED: 04/24/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
ches1173.brf