IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL K. CHESTANG,** | CIV S-07-1173 LKK GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, Warden,** | |
| Respondent. | |

Respondent has requested a fifteen (15) day extension of time in which to file Respondent's response to Petitioner's second amended petition for writ of habeas corpus. Petitioner does not oppose an extension. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including August 8, 2008, in which to file a response to Petitioner's second amended petition for writ of habeas corpus.

Dated: 07/30/08         /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

ches1173.eot