**D. Randall Ensminger SBN 202371**
**ENSMINGER LAW OFFICES, P.C.**
**605 G Street**
**Lincoln, CA 95648**
**Telephone 916-434-0220**
**Facsimile 916-434-2530**

**Attorney for the Petitioner**


# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| **DANIEL K.CHESTANG**, | ) Case No.: CIV S-07-1173 LKK GGHP |
| Petitioner, | ) |
| vs. | ) |
| **D.K SISTO, Warden**, | ) **ORDER** |
| Respondent, | ) |

Petitioner has requested 30 additional days within which to respond to Respondent's

Motion to Dismiss.  GOOD CAUSE APPEARING, Petitioner is granted until November 2,

2008, in which to file his opposition to the Motion to Dismiss.


Dated: 10/14/08                    /s/ Gregory G. Hollows
                                   GREGORY G. HOLLOWS
                                   MAGISTRATE JUDGE

Ches1173.eot2