**D. Randall Ensminger SBN 202371**
**ENSMINGER LAW OFFICES, P.C.**
**605 G Street**
**Lincoln, CA 95648**
**Telephone 916-434-0220**
**Facsimile 916-434-2530**

**Attorney for the Petitioner**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL K. CHESTANG**, | ) Case No.: CIV S-07-1173 LKK GGHP |
| Petitioner, | ) |
| vs. | ) |
| **D.K SISTO, Warden**, | ) **ORDER** |
| Respondent, | ) |

Petitioner has requested 60 additional days within which to respond to Respondent's Motion to Dismiss. GOOD CAUSE APPEARING, Petitioner's request is *partially* granted; he shall have until December 12, 2008 in which to file his opposition to the Motion to Dismiss. No further extensions will be granted.

Dated: November 14, 2008

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
MAGISTRATE JUDGE

Ches1173.eot3