D. Randall Ensminger, SBN: 202371
ENSMINGER LAW OFFICES, P.C.
605 G Street, Suite 350
Lincoln, CA 95648
Phone: 916-434-0220
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL K. CHESTANG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Case No. CIV S-07-1173 LKKGHHP |
| vs. | ) | |
| | ) | |
| D.K. SISTO, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

## ORDER ACCEPTING LATE FILED
## MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS

THIS MATTER having come before the Court for consideration on Plaintiff's

Application to Accept Late Filed Memorandum in Opposition to Motion to Dismiss and the

Court, being first duly advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Application be, and hereby is,

GRANTED and that Plaintiff's late filed Memorandum in Opposition to Motion to Dismiss

is accepted for filing with the Court.

Dated this 13th day of  January, 2009
.                                                                  /s/ Gregory G. Hollows

_____
U.S. MAGISTRATE JUDGE

Ches1173.lateopp