IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL K. CHESTANG,** | CIV S-07-1173 LKK GGH P |
| Petitioner, | **ORDER** |
| **v.** | |
| **D.K. SISTO, Warden,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file Respondent's reply to Petitioner's December 15, 2008, opposition to Respondent's August 8, 2008, motion to dismiss.  GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including January 28, 2009, in which to file Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss.  **No further extension**.

Dated: January 14, 2009

/s/ Gregory G. Hollows

The Honorable Gregory G. Hollows

ches1173.eot2