IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL K. CHESTANG,

    Petitioner,               No. CIV S- 07-1173 LKK GGH P

    vs.

D.K. SISTO, Warden,

    Respondent.              ORDER

_____/

        Petitioner, a prisoner proceeding with retained counsel, has filed a petition pursuant to 28 U.S.C. §2254. Currently under submission before the court is respondent's motion to dismiss the petition as barred by the AEDPA statute of limitations. At the April 2, 2009, hearing on the motion, petitioner's counsel pointed out that respondent had, just one day before the hearing, filed a transcript of petitioner's preliminary hearing and asked either that it be stricken, or, if the court were to consider it, for a continuance in order to prepare a response.

        At this time, the court will expand the record to include the preliminary hearing transcript, filed on April 1, 2009 (docket # 67), pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts. **Counsel for petitioner will be afforded ten (10) days from the date of this order to file any response**. Due to the exigencies of the court's calendar, no further time can be afforded. Following expiration of the time for

1

petitioner's response to the material in the expanded record, this matter will be deemed re-submitted.

IT IS SO ORDERED.

DATED: July 9, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
ches1173.ord